

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | No. 4:13-MJ- 280 |
| § | |
| JAMIER MARQUIS ROBINS   (1) § | |

## CRIMINAL COMPLAINT

I, DEA Task Force Officer Bruce Blaisdell, hereinafter Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That on or about April 2, 2013 in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Jamier Marquis Robins** did intentionally and knowingly possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

1. On or about April 2, 2013, a cooperating individual working with Fort Worth Officer McMeans contacted a male named "Bear" to negotiate a transaction for 4 ounces of methamphetamine. The cooperating individual (CI) stated that a black male named "Bear" would be in possession of four (4) ounces of methamphetamine. The CI stated that "Bear" lived at 4421 Virginia Lane, Fort Worth, Texas and drove a reddish colored Landrover. The CI stated that "Bear" would be leaving his residence with four (4) ounces of methamphetamine and would be headed to the Shell station located at I-30 and Oakland Blvd. Based on the information provided by the CI, Fort Worth officers conducted surveillance at 4421 Virginia Lane, Fort Worth, Texas.

2. Officer McMeans contacted the surveillance officers and said the CI stated that "Bear" would be leaving his residence within the next five (5) minutes.

**Complaint – Page 1**

A few moments later investigators observed a Landrover as described by the (CI) backing out of the driveway of 4421 Virginia Lane. Investigators followed the Landrover away from the residence. Investigators observed that the Landrover was traveling northbound on Oakland Blvd towards the Shell station. Investigators observed that one of the rear brake lights was defective and not working.

3. Investigators conducted a traffic stop on the Landrover for having a defective tail light. The Landrover stopped in the 1200 block of Oakland Blvd. Investigators identified the driver as Jamier Marquis Robins. Robins told investigators that he did not have a valid driver's license. Investigators then arrested Robins for operating a motor vehicle without a valid license.

4. Investigators then searched the vehicle to conduct an inventory search and because they had probable cause to search the vehicle for drugs. Investigators located a clear plastic bag containing a crystallized substance in the center console of the Landrover. Investigators observed that the clear baggie contained approximately four (4) ounces of a crystallized substance that tested positive for methamphetamine.

Bruce Blaisdell
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me on this __14th__ day of May 2013, at __1:52__ p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

Complaint – Page 2