# U.S. District Court
## Southern District of Mississippi (Hattiesburg)
### CRIMINAL DOCKET FOR CASE #: 2:13-mj-00003-MTP All Defendants
### Internal Use Only

Case title: USA v. Robins
Other court case number: 4:13-MJ-280 Northern District of Texas, Fort Worth Division

Date Filed: 06/24/2013

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 7 2013
CLERK, U.S. DISTRICT COURT
By _____
        Deputy
```

Assigned to: Magistrate Judge Michael T. Parker

**Defendant (1)**

**Jamier Marquis Robins**  represented by  **Jesse Ward Conville**
CONVILLE & CONVILLE, PLLC
P. O. Box 681
Hattiesburg, MS 39403
601/584-8611
Fax: 601/584-8619
Email: ward@megagate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                              **Disposition**
None

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: _____ DEPUTY CLERK

**Plaintiff**

USA                                         represented by **Jerry L. Rushing**

U. S. ATTORNEY'S OFFICE - Jackson

501 East Court Street
Suite 4.430
Jackson, MS 39201
601/973-2821
Fax: 601/965-4409
Email: jerry.rushing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2013 |  | Minute Entry for proceedings held before Magistrate Judge Michael T. Parker:Initial Appearance in Rule 5(c)(3) Proceedings as to Jamier Marquis Robins held on 6/24/2013. Defendant was sworn and advised of his rights, the charges against him, and maximum penalties. A CJA Financial Affidavit was submitted and the court appointed the Federal Public Defender. Ward Conville was substituted for the Federal Public Defender. Defendant waived identity hearing. The government moved for detention. Defendant waived further hearings in this district. Defendant was committed to the charging district for further proceedings. Defendant was remanded to the custody of the U.S. Marshal. APPEARANCES: Jerry Rushing, AUSA; Ward Conville for defendant; Jason Alexis, USPO; Stephen Newell and Billy Valentine, DUSM; Ed Nelson, CSO. (Tape #CD 6.24.13) (KPM) (Entered: 06/25/2013) |
| 06/24/2013 | 🔒 1 | *RESTRICTED* CJA 23 Financial Affidavit by Jamier Marquis Robins (KPM) (Entered: 06/25/2013) |
| 06/24/2013 | 2 | ORDER APPOINTING COUNSEL as to Jamier Marquis Robins. Signed by Magistrate Judge Michael T. Parker on June 24, 2013 (KPM) (Entered: 06/25/2013) |
| 06/24/2013 | 3 | ORDER Substituting Counsel as to Jamier Marquis Robins. Signed by Magistrate Judge Michael T. Parker on June 24, 2013 (KPM) (Entered: 06/25/2013) |
| 06/24/2013 | 4 | CJA 20 Appointment as to Jamier Marquis Robins. Signed by Magistrate Judge Michael T. Parker on June 24, 2013 (KPM) (Entered: 06/25/2013) |
| 06/24/2013 |  | Remark: Original CJA 20 4 and worksheets mailed to J. Ward Conville. (KPM) (Entered: 06/25/2013) |
| 06/24/2013 | 5 | WAIVER of Rule 5 Hearings by Jamier Marquis Robins (KPM) (Entered: 06/25/2013) |
| 06/24/2013 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Jamier Marquis Robins. Defendant committed to District of Northern District of Texas, Forth Worth Division. Signed by Magistrate Judge Michael T. Parker on June 24, 2013 (KPM) (Entered: 06/25/2013) |
|  |  |  |

| 06/25/2013 | 7 | Letter to Clerk of Court, Northern District of Texas, forwarding copies of materials from 6/24/13 proceedings in this district. (KPM) (Entered: 06/25/2013) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 24 2013
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL CASE: 2:13mj3

JAMIER MARQUIS ROBINS

---

### ORDER APPOINTING COUNSEL

---

The above-named defendant having satisfied this court after appropriate inquiry that he (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

**SIGNED** on this the ____ day of June, 2013.

_____
**United States Magistrate Judge**

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:13mj3-MTP

JAMIER MARQUIS ROBINS

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved *Ore Tenus* for an order substituting counsel in the above-styled and numbered cause. The Office of the Federal Public Defender contacted Attorney Ward J. Conville on June 24, 2013, who has agreed to be appointed as counsel to represent this defendant in this cause and to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that Ward J. Conville is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the ___ day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| MSS | ROBINS, JAMIER MARQUIS | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 2:13-000003-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. ROBINS | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 841A=CD.F -- CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
CONVILLE, J. WARD
Post Office Box 681
Hattiesburg MS 39403

Telephone Number: (601) 584-8611

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)
J. WARD CONVILLE, ATTORNEY AT LAW
Post Office Box 681
Hattiesburg MS 39403

**13. COURT ORDER**
- [ ] O Appointing Counsel
- [X] F Subs For Federal Defender
- [ ] P Subs For Panel Attorney
- [ ] C Co-Counsel
- [ ] R Subs For Retained Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____
- [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
- [ ] Other (See Instructions)

_Signature of Presiding Judicial Officer or By Order of the Court_
06/24/2013
Date of Order — Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $         )   TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $         )   TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

GRAND TOTALS (CLAIMED AND ADJUSTED):

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**  [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO   If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  [ ] YES  [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____  Date: _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

A TRUE COPY I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:13mj13 |
| ) | |
| JAMIER MARQUIS ROBINS ) | Charging District's Case No. 4:13-MJ-280 |
| Defendant ) | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 24 2013
J. T. NOBLIN, CLERK
BY_____ DEPUTY

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of Texax, Fort Worth Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

(JR. / JW initials)

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: June 24, 2013

*Defendant's signature*

A TRUE COPY I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

*Signature of defendant's attorney*

J. Ward Conn III
*Printed name of defendant's attorney*

AO 94 (Rev. 12/03) Commitment to Another District

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 24 2013
J. T. NOBLIN, CLERK
_____ DEPUTY

# UNITED STATES DISTRICT COURT

SOUTHERN District of MISSISSIPPI

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| JAMIER MARQUIS ROBINS | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 2:13mj3 | 4:13-MJ-280 | 2:13mj3 | 4:13-MJ-280 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ✔ Complaint   ☐ Other (specify)

charging a violation of   21   U.S.C. §   841(a)(1) and (b)(1)(B)

**DISTRICT OF OFFENSE**
Northern District of Texas, Fort Worth Division

**DESCRIPTION OF CHARGES:**

possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☒ CJA Attorney | ☐ None |
| **Interpreter Required?** | ✔ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 24, 2013                                    [signature]
Date                                             Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

A TRUE COPY I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK