UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:13-CR-142-Y |
| | § | |
| JAMIER MARQUIS ROBINS (1) | § | |

**ORDER GRANTING DEFENDANT'S**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Pending before this Court is the Defendant's Unopposed Motion to Continue Sentencing (doc. 51) filed October 22, 2014. The Court concludes the motion is meritorious and that it should be, and it is hereby, GRANTED. It is ORDERED that the sentencing hearing of the defendant in the above-styled and numbered cause is hereby continued to **February 19, 2015, at 10:00 a.m.** Defendant and his counsel must be present.

SIGNED October 22, 2014.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE